Submitted October 31, appeal dismissed December 5, 2012

STATE OF OREGON,
*Plaintiff-Respondent*,

*v.*

TONY LEE EVANOFF, SR.,
*Defendant-Appellant.*

Marion County Circuit Court
09C44620; A145094

291 P3d 810

Peter Gartlan, Chief Defender, and Daniel C. Bennett, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

Appeal dismissed. *State v. Sager (A144362)*, 249 Or App 252, 274 P3d 890 (2012).